# Exhibit 1

**Spence, Mary Margaret**

| | |
|---|---|
| **From:** | Alex Davis <alex@jonesward.com> |
| **Sent:** | Monday, May 20, 2019 12:45 PM |
| **To:** | Kantra, Andrew |
| **Cc:** | Jasper Ward; Sean McCarty; Spence, Mary Margaret; Browning, Carol (CBROWNING@stites.com) |
| **Subject:** | [EXTERNAL] Re: Re: Re: Re: Robinson v. Lilly |

That sounds reasonable to me. I'll agree to the 4-hour limit for June 24, but if for some reason we decide the testimony requires more time we will need to continue it until another date. I will check with Dr. Sadler about the August dates when he returns from his travels abroad.

Alex C. Davis
JONES WARD PLC
The Pointe
1205 E Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
Web: www.jonesward.com

On Mon, May 20, 2019 at 11:56 AM Kantra, Andrew <KANTRAA@pepperlaw.com> wrote:

Thanks for your time Thursday.  Based on our conversation, I understand that Plaintiff wants a 30(b)(6) deposition on (1) Lilly's evaluation of clinical data, including adverse event reports, epidemiology studies, and clinical trials, relevant to Prozac and aortic stenosis and related cardiac defects and (2) Lilly's pharmacovigilance practices and procedures.  Lilly is prepared to produce Dr. Garnett for such a deposition and any questions you may have for him in his individual capacity on June 24 or 25 at Ice Miller LLP, One American Square,  Suite 2900,  Indianapolis, IN  46282-0200.  Given the demands on his time as Chief Medical Officer of Lilly and the fact you already have Dr. Garnet's deposition testimony on similar topics in an earlier Prozac birth defect case, we will produce him for no more than four hours.  If this is acceptable, please re-issue the 30(b)(6) notice.  If not, please advise so we can discuss further or take appropriate steps with the court.

On a separate topic, we would like to take Dr. Sadler's deposition the week of August 12.  Please let us know when he is available.

Andy

**Andrew Kantra**

1

Partner



3000 Two Logan Square | Eighteenth and Arch Streets

Philadelphia, Pennsylvania 19103-2799

p: 215.981.4186 | f: 215.689.4685 | bio

**From:** Alex Davis [mailto:alex@jonesward.com]
**Sent:** Tuesday, May 14, 2019 4:14 PM
**To:** Kantra, Andrew
**Cc:** Jasper Ward; Sean McCarty; Spence, Mary Margaret; Browning, Carol (CBROWNING@stites.com)
**Subject:** [EXTERNAL] Re: Re: Re: Robinson v. Lilly

Thank you for agreeing to produce Dr. Garnett. Give me a call if you want to talk about the 30b6 deposition, but we will expect a witness to be produced according to the notice, and will pursue costs and all other forms of available relief if you don't produce someone in Indianapolis on the date in the notice.

Thanks,

Alex C. Davis
JONES WARD PLC
The Pointe
1205 E Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
Web: www.jonesward.com

2

On Tue, May 14, 2019 at 4:08 PM Kantra, Andrew <KANTRAA@pepperlaw.com> wrote:

We continue to object to your 30(b)(6) notice as improperly calling for expert testimony.  However, Lilly will produce Dr. Garnett for deposition.  As previously discussed, he has knowledge regarding Lilly's analyses of Prozac and cardiac birth defects.  Given that that we have provided you with a transcript of Dr. Garnett's testimony on this topic from prior Prozac birth defects litigation, and given his position as Lilly's Chief Medical Officer, we believe that his deposition should require no more than two hours.  We are confirming Dr. Garnett's availability with the client and will follow up with dates.  We are still open to discussing the scope of an appropriate 30(b)(6) deposition, including whether there are specific topics that Dr. Garnett might be able to address.

Andy

**Andrew Kantra**

Partner



3000 Two Logan Square | Eighteenth and Arch Streets

Philadelphia, Pennsylvania 19103-2799

p: 215.981.4186 | f: 215.689.4685 | bio

**From:** Alex Davis [mailto:alex@jonesward.com]
**Sent:** Thursday, May 09, 2019 4:39 PM
**To:** Kantra, Andrew
**Cc:** Jasper Ward; Sean McCarty; Spence, Mary Margaret; Browning, Carol (CBROWNING@stites.com)
**Subject:** [EXTERNAL] Re: Re: Robinson v. Lilly

Andrew, I get it. You don't want us to take any depositions. But that's not how this works. We've been more than accommodating so far, and the main result has been weeks and weeks of lost time. Here is one last 30b6 notice for you. If you don't like this version, it may be best to file a motion for a protective order, or perhaps we can discuss this with the judge.

Thanks,

3

Alex C. Davis
JONES WARD PLC
The Pointe
1205 E Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
Web: www.jonesward.com

On Thu, May 9, 2019 at 12:25 PM Kantra, Andrew <KANTRAA@pepperlaw.com> wrote:

Pursuant to our meet and confer in April, we provided you with the deposition transcript of Lilly's Chief Medical Officer, Dr. Garnett, in another case in which plaintiff alleged that Prozac had caused a cardiac defect.  We provided the transcript so that you could determine if there were specific topics relevant to general causation that you did not believe were adequately covered.  As stated in our April 30 email, Lilly's position is that Dr. Garnett's transcript captures what he knows relevant to general causation.  To date, you have not articulated any topics not adequately covered in his prior deposition, much less specific areas of inquiry relevant to general causation, that would justify another deposition of Dr. Garnett.  Nor have you identified any specific topics appropriate for a fact witness that would permit Lilly to identify an appropriate candidate for a 30(b)(6) deposition.  Please advise when you are available for a further call to discuss the scope of any deposition that might be appropriate at this stage.

Andy

**Andrew Kantra**

Partner



3000 Two Logan Square | Eighteenth and Arch Streets

Philadelphia, Pennsylvania 19103-2799

p: 215.981.4186 | f: 215.689.4685 | bio

4

**From:** Alex Davis [mailto:alex@jonesward.com]
**Sent:** Tuesday, May 07, 2019 10:19 AM
**To:** Spence, Mary Margaret; Jasper Ward
**Cc:** Kantra, Andrew; Sean McCarty
**Subject:** [EXTERNAL] Re: Robinson v. Lilly

Counsel, thank you for sharing this transcript. While helpful, I don't believe it eliminates the need for Dr. Garnett's deposition. Please produce a date for his deposition, along with a date for the 30b6 witness at Eli Lilly described in my earlier notice which is attached again for reference. If you want to discuss the exact language of the 30b6 notice, I'm open to doing that. I'm also open to doing the 30b6 first, followed by Dr. Garnett if still needed.

Thanks,

Alex C. Davis
JONES WARD PLC
The Pointe
1205 E Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
Web: www.jonesward.com

On Tue, Apr 30, 2019 at 3:30 PM Alex Davis <alex@jonesward.com> wrote:

> I'll take a look. Thanks.
>
> Alex C. Davis
> JONES WARD PLC

5

The Pointe
1205 E Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
Web: www.jonesward.com

On Tue, Apr 30, 2019 at 3:18 PM Spence, Mary Margaret <spencemm@pepperlaw.com> wrote:

> Alex,
>
> At our meet-and-confer, we discussed that Dr. Garnett was deposed in earlier litigation alleging that Prozac causes cardiac defects and that review of the transcript may eliminate the need to take his deposition. Lilly has agreed to provide you with the transcript and exhibits from Dr. Garnett's prior deposition, which are now available for download on our FTP site for this matter. They are subject to the protective order that governs this litigation. The production zip file also includes a chart which provides the Robinson bates numbers for the Lilly documents used as exhibits in Dr. Garnett's prior deposition. It is Lilly's position that this deposition captures what Dr. Garnett knows about the general causation issues in the Robinson case.
>
> The password for opening the zip file is: ▮▮▮▮▮▮▮▮▮▮
>
> Thank you,
>
> **Mary Margaret Spence**
>
> Senior Attorney
>
> 
>
> 3000 Two Logan Square | Eighteenth and Arch Streets

6

Philadelphia, Pennsylvania 19103-2799

p: 215.981.4459 | f: 800.269.1498 | bio

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.