# EXHIBIT 2

Fax: (502) 587-2007  
Web: www.jonesward.com

On Mon, Jul 29, 2019 at 4:37 PM Kantra, Andrew <KANTRAA@pepperlaw.com> wrote:

> Dr. Cunniff is available for deposition on August 22.  Dr. Milazzo is available for deposition on August 26.  Dr. Hedges is available for deposition on August 28.
>
> Andy
>
> **Andrew Kantra**
>
> Partner
>
> 
>
> 3000 Two Logan Square | Eighteenth and Arch Streets
>
> Philadelphia, Pennsylvania 19103-2799
>
> p: 215.981.4186 | f: 215.689.4685 | bio
>
> **From:** Alex Davis [mailto:alex@jonesward.com]  
> **Sent:** Friday, July 19, 2019 8:44 AM  
> **To:** Kantra, Andrew  
> **Cc:** Jasper Ward; Sean McCarty; Browning, Carol (CBROWNING@stites.com); Spence, Mary Margaret  
> **Subject:** [EXTERNAL] Re: Re: Robinson v. Lilly: Sadler Notice of Deposition and Deposition Requests
>
> Andrew, here are the deposition notices we discussed. Your reluctance to allow basic discovery to move forward in this case has been very frustrating. I hope your client changes its mind, but if you prefer motion practice instead we are ready for that. I also need proposed dates for the depositions of your experts, but I think we need to resolve the issues with Eli Lilly's custodians first.
>
> Thanks,
>
> Alex C. Davis  
> JONES WARD PLC  
> The Pointe

1205 E Washington Street, Suite 111  
Louisville, Kentucky 40206  
Phone: (502) 882-6000  
Fax: (502) 587-2007  
Web: www.jonesward.com

On Wed, Jul 10, 2019 at 7:15 PM Alex Davis <alex@jonesward.com> wrote:

> Okay. I will send notices and you can file a motion to quash, or a protective order. It is fairly clear from your chief medical officer's testimony that Eli Lilly has no idea whether Prozac can cause these types of injuries. Just trying to get to the root of the issue.
>
> Alex C. Davis  
> JONES WARD PLC  
> The Pointe  
> 1205 E Washington Street, Suite 111  
> Louisville, Kentucky 40206  
> Phone: (502) 882-6000  
> Fax: (502) 587-2007  
> Web: www.jonesward.com

On Wed, Jul 10, 2019 at 5:32 PM Kantra, Andrew <KANTRAA@pepperlaw.com> wrote:

> I conveyed to Lilly your request for the depositions of Jim Krull and chair of the PTSC. Lilly's position is that these depositions are neither necessary nor appropriate at this stage of the case, where the only issue is general causation.
>
> Andy
>
> **Andrew Kantra**
>
> Partner
>
> 
>
> 3000 Two Logan Square | Eighteenth and Arch Streets

Philadelphia, Pennsylvania 19103-2799

p: 215.981.4186 | f: 215.689.4685 | bio

**From:** Alex Davis [mailto:alex@jonesward.com]
**Sent:** Wednesday, July 03, 2019 2:02 PM
**To:** Kantra, Andrew
**Cc:** Jasper Ward; Sean McCarty; Browning, Carol (CBROWNING@stites.com); Spence, Mary Margaret
**Subject:** [EXTERNAL] Re: Robinson v. Lilly: Sadler Notice of Deposition and Deposition Requests

I'm not sure why we need a meet and confer before every deposition in this case, but Monday morning is open for now.

Alex C. Davis
JONES WARD PLC
The Pointe
1205 E Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
Web: www.jonesward.com

On Wed, Jul 3, 2019 at 1:03 PM Kantra, Andrew <KANTRAA@pepperlaw.com> wrote:

> Attached is Lilly's Notice of Deposition for Dr. Sadler. As to your request for the depositions of Jim Krull and chair of the PTSC, I'd like to have a meet and confer. Please let me know when you are available for a call over the next week. Best times for me are Monday or Wednesday afternoon.
>
> Andy
>
> **Andrew Kantra**
>
> Partner
>
> 
>
> 3000 Two Logan Square | Eighteenth and Arch Streets
>
> Philadelphia, Pennsylvania 19103-2799

p: 215.981.4186 | f: 215.689.4685 | bio

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.