UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

TIMOTHY ROBINSON,
on behalf of T.R., a Minor,

      PLAINTIFF,

v.

ELI LILLY AND COMPANY,

      DEFENDANT.

CIVIL ACTION NO. 5:17-CV-0338-KKC

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendant, Eli Lilly and Company ("Lilly"), respectfully moves the Court, pursuant to Fed. R. Civ. P. 5.2(d) and in accordance with the Joint Protective Order entered in this matter, (DE 23), for leave to file the following documents under seal:

(1) Eli Lilly's Motion to Exclude the Proposed Testimony of Thomas W. Sadler, Ph.D.

(2) Eli Lilly's Motion for Summary Judgment

(3) Transcript of deposition of Dr. Sadler, conducted August 13, 2019 ("Sadler Transcript") (Ex. 2 to Eli Lilly's Motion to Exclude Dr. Sadler)

(4) Expert Report of Dr. Sadler, dated May 15, 2019 ("Sadler Report")
(Ex. 5 to Eli Lilly's motion to exclude Dr. Sadler)

(5) Expert Report of Dr. Larry Hedges, dated June 12, 2019 ("Hedges Report")
(Ex. 7 to Eli Lilly's motion to exclude Dr. Sadler)

Each of these documents is being filed separately as a provisionally sealed document pursuant to Joint General Order 11-1.

Lilly states that there is good cause for filing these documents under seal for the following reasons:

Good cause exists to file the Sadler Transcript under seal because the agreed time period to designate pages of a deposition transcript as confidential has not yet expired. Under the Joint Protective Order (DE 23), the parties must allow thirty days from receipt of the final transcript of a deposition to designate portions of it as confidential, and until the expiration of that period, "the entire transcript, including exhibits, will be treated as subject to protection under [the] Order." (DE 23 at 17). Dr. Thomas Sadler gave testimony on August 13, 2019, and the final transcript of Dr. Sadler's deposition was received on August 27, 2019. As the thirty-day period has not yet expired, the Joint Protective Order requires that Lilly seek leave to file the Sadler Transcript under seal.

Good cause exists to file the Sadler Report under seal because that report discusses confidential, sensitive, and proprietary information that has been produced by Lilly in this litigation and is subject to the Protective Order, which should not be disclosed to the public. For example, Dr. Sadler's report discusses a confidential disproportionality analysis of adverse event data conducted by Lilly, and states that his proposed expert opinions are based on, among other things, confidential Lilly documents.

Good cause exists to file the Hedges Report under seal because that report similarly discusses confidential, sensitive, and proprietary information that has been produced by Lilly in this litigation and is subject to the Protective Order, which should not be disclosed to the public. For example, Dr. Hedges' report discusses two meta-analyses conducted by Lilly which contain confidential information.

Finally, good cause exists to file Lilly's Motion to Exclude the Proposed Testimony of Dr. Sadler under seal because that motion discusses and contains quoted excerpts of the Sadler Transcript, the Sadler Report, and the Hedges Report, which as set forth above, are confidential.

Good cause similarly exists to file Lilly's Motion for Summary Judgment under seal because it also references the Sadler Transcript.

Where appropriate, Eli Lilly will file redacted versions of these documents in the public record. A proposed order granting this motion is tendered herewith.

Respectfully submitted,

*/s/ Carol Dan Browning*
Carol Dan Browning
Stites & Harbison PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
E-mail: cbrowning@stites.com

and

Andrew Kantra
*Admitted Pro Hac Vice*
Pepper Hamilton LLP
Eighteenth and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
E-mail: kantraa@pepperlaw.com

*Counsel for Defendant,*
*Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of September 2019, a true and correct copy of the foregoing document was served upon the following via electronic means:

  Jasper D. Ward, IV
  Alex C. Davis
  Jones Ward PLC
  1205 E. Washington St., Ste. 111
  Louisville, KY 40206
  *Counsel for Plaintiffs*

  */s/ Carol Dan Browning*
  Carol Browning
  Stites & Harbison PLLC
  400 W. Market Street, Suite 1800
  Louisville, KY  40202-3352

  *Counsel for Eli Lilly and Company*