UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| TIMOTHY ROBINSON, on behalf of T.R., a Minor, <br><br> PLAINTIFF, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> DEFENDANT. | CIVIL ACTION NO. 5:17-CV-0338-KKC |

**DOCUMENT TO BE FILED UNDER SEAL**

# ELI LILLY'S MOTION TO EXCLUDE THE PROPOSED TESTIMONY OF THOMAS W. SADLER, PH.D.

## (TO BE FILED UNDER SEAL PENDING COURT ORDER)