UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| TIMOTHY ROBINSON, on behalf of T.R., a Minor,<br><br>PLAINTIFF,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>DEFENDANT. | CIVIL ACTION NO. 5:17-CV-0338-KKC |

**DOCUMENT TO BE FILED UNDER SEAL**

# EXHIBIT 5
## TO ELI LILLY'S MOTION TO EXCLUDE PROPOSED TESTIMONY OF DR. SADLER

# (TO BE FILED UNDER SEAL PENDING COURT ORDER)

To be Sealed: Expert Report of Dr. Sadler, dated May 15, 2019

UNITED STATES DISTRICT COURT