# EXHIBIT 13

Reproductive Toxicology 32 (2011) 484–489

Contents lists available at SciVerse ScienceDirect

# Reproductive Toxicology

journal homepage: www.elsevier.com/locate/reprotox




Review

# Selective serotonin reuptake inhibitors (SSRIs) and heart defects: Potential mechanisms for the observed associations

T.W. Sadler*

Department of Pediatrics, University of Utah, United States

ARTICLE INFO

Article history:
Received 13 April 2011
Received in revised form 22 August 2011
Accepted 17 September 2011
Available online 24 September 2011

Keywords:
Serotonin
5-HT
Antidepressants
SSRIs
Paroxetine
Fluoxetine
Heart defects

ABSTRACT

Several epidemiological investigations have shown an association between congenital heart defects and the selective serotonin reuptake inhibitor (SSRI) class of antidepressants. At first glance this association may not seem to make biological sense, especially since, in many cases, serotonin is thought of as a neurotransmitter involved in signaling between neurons. However, serotonin also acts as a signaling molecule during embryogenesis affecting cell proliferation, migration, death, and differentiation. Serotonin may be particularly important for heart development and evidence suggests that from the time that progenitor heart cells are patterned during the establishment of laterality, to formation of the outflow tract, to myocardial cell differentiation, to septation of the heart chambers, the neurotransmitter may act as an important signaling molecule. Thus, numerous investigations have identified potential target sites where serotonin could regulate key cellular processes in cardiac development, thereby providing biological plausibility for the origin of heart defects caused by SSRIs.

© 2011 Elsevier Inc. All rights reserved.

## Contents

1. Epidemiology studies indicate a possible link between SSRIs and heart defects .................................................. 484
2. Serotonin: not just a neurotransmitter .................................................................................................. 485
3. Serotonin, depression, SSRIs, and pregnancy ......................................................................................... 485
4. Serotonin, laterality, and patterning heart cells ...................................................................................... 485
5. Serotonin and outflow tract development ............................................................................................. 486
6. Serotonin may regulate myocardial and endocardial cushion cell development .......................................... 487
7. Conclusions ...................................................................................................................................... 487
   Conflict of interest statement ............................................................................................................ 488
   References ....................................................................................................................................... 488

## 1. Epidemiology studies indicate a possible link between SSRIs and heart defects

A number of epidemiological investigations have examined the potential for first trimester use of selective serotonin reuptake inhibitors (SSRIs) to cause congenital malformations. Some of these studies have demonstrated an increase in birth defects, particularly heart malformations, while others have not. Recently, a meta-analysis of all of the relevant epidemiological studies involving first trimester use of the SSRI paroxetine (Paxil) demonstrated an increased risk for aggregated congenital defects (POR 1.24; 95% CI, 1.08–1.43) and for heart defects (POR 1.46; 95% CI 1.17–1.82) [1]. Since the background prevalence of heart defects is approximately 1% in unexposed births [2], this 50% increase would mean that 3 in every 200 infants would be born with a cardiac malformation. Other recent reviews support this result [3–5]. Paroxetine use has also been linked to an increased risk for late first trimester spontaneous abortions (OR 1.75; 95% CI 1.31–2.34 [6]). A result that may be related to heart defects as well, since a severe heart abnormality would be one factor expected to contribute to early fetal demise. These studies raise the question: if other confounding factors, such as maternal depression itself, are excluded, is there biological plausibility for serotonin to play a role in normal heart development that, when disrupted by an SSRI, could result in a cardiac defect?

* Correspondence address: 16 Cactus Ridge Road, Twin Bridges, MT 59754, United States. Tel.: +1 406 684 5825.
E-mail address: tsadler@3rivers.net

0890-6238/$ – see front matter © 2011 Elsevier Inc. All rights reserved.
doi:10.1016/j.reprotox.2011.09.004

## 2. Serotonin: not just a neurotransmitter

The neurotransmitter serotonin (5-HT) is not just involved in neuron transmissions, but is also an important signaling molecule for embryological development that has been conserved evolutionarily in a variety of species from *Drosophila* to mammals [7]. 5-HT signals through receptors, which determine a cell's response to the signal in a manner similar to protein ligands and their receptors [8,9]. There are 7 distinct families of 5-HT receptors with at least 15 subpopulations that are coupled to important cell signaling pathways [9]. Via these signaling mechanisms, 5-HT has been implicated as an important signaling molecule in gastrulation [10], establishment of laterality (left–right asymmetry)[11–13], craniofacial development [14–16], and cardiac morphogenesis [17–23].

## 3. Serotonin, depression, SSRIs, and pregnancy

5-HT also influences a variety of psychological phenomena, including mood changes. Many investigators have hypothesized that altered 5-HT concentrations or receptors are responsible for depression. As a result, a class of drugs called selective serotonin re-uptake inhibitors (SSRIs) was developed and these medications are used to treat depression in the general population and in pregnant women [24]. In fact, there has been a rapid increase in the diagnosis of depression and the use of SSRIs in pregnant women over the past decade. For example, an investigation using data from the National Birth Defects Prevention Study showed that in 1998 the use of antidepressants among pregnant women was 2.5% in several states in the United States, whereas by 2005 it had risen to 8.1% [25]. Likewise, a study in the Netherlands showed a doubling in SSRI use among pregnant women from 1% to 3% over a similar time frame [26] and other studies have documented comparable increases [27–29]. Furthermore this increase coincides with the development and distribution of antidepressants, which were the leading class of prescribed medications in 2005 [30].

## 4. Serotonin, laterality, and patterning heart cells

During cardiac development there are several key events where evidence suggests that 5-HT signaling might be involved, including patterning cardiac progenitor cells, lengthening the outflow tract, and septation and growth of the heart chambers. In humans production and patterning of cardiac progenitor cells that establish the primary heart field (PHF)[1] occurs during gastrulation, beginning on approximately the 16th day (post-fertilization) of gestation. At this time, epiblast cells, migrating through the cranial end of the primitive streak, become the cardiac progenitor cells as they move in the mesoderm layer and establish themselves as the PHF in a horseshoe shape cranial to the soon-to-be-formed neural plate [Fig. 1][31,32]. At approximately the same time, laterality is established and the right and left sides of the embryo are specified [11,13]. Molecular signals required for establishing laterality are propagated through an asymmetric cascade targeting specific cell populations, such as those in the primitive node and lateral plate mesoderm, which then direct sidedness for the morphogenesis of asymmetric organs [Fig. 2]. Genes involved in this pathway include *nodal*, *sonic hedgehog*, and the transcription factor *PITX2* that appears to be the "master" gene for specifying the left side. Interestingly, evidence from some investigations suggests that 5-HT is at or near the top of



Fig. 1. Dorsal view of an 18 day (postfertilization) embryo. The neural plate is forming the cranial neural folds and heart progenitor cells, residing in the splanchnic mesoderm, are positioned in a horseshoe creating the primary heart field (PHF). These cells have been patterned on both sides to form the atria (A), left ventricle (LV), and most of the right ventricle (RV). The outflow tract region, consisting of the conus (C), truncus (T), and part of the RV, is formed by the secondary heart field (SHF).



Fig. 2. Dorsal view of a 16 day (postfertilization) embryo showing the oropharyngeal membrane at the cranial end and the primitive node and primitive streak at the caudal end. Laterality is established by a signaling cascade in the lateral plate mesoderm that includes serotonin (5-HT) as an early messenger. Monoamine oxidase (MAO), the enzyme that degrades 5-HT, is localized to the right of the primitive node indicating that 5-HT concentrations are higher on the left.

---

[1] There is some confusion about the labeling and contributions of the primary (PHF) and secondary heart fields (SHF); (for a detailed review, See Abu-Issa and Kirby [31]). For the purposes of this report, they will be defined as follows: PHF, progenitor heart cells located cranial to the developing neural plate; SHF, cells in the splanchnic mesoderm ventral to the pharynx that lengthen the outflow tract.

this cascade and is upstream from early asymmetric gene expression [Fig. 2][11,13,33]. For example in frog and chick embryos, loss and gain of function studies involving the serotonin receptors R3 and R4, the specific serotonin transporter SERT, and the serotonin

**Table 1**
Potential targets for serotonin signaling in heart development and cardiac birth defects resulting from disruption of these target tissues.

| Target tissue | Cell process | Normal effect | Birth defects |
| --- | --- | --- | --- |
| Primary heart field (days 16–18) | Establishment of laterality and patterning | Formation of the four chambered heart | VSD, DORV, TGA, l-TGA, ASD ventricular inversion dextrocardia |
| Heart tube (days 22–28) | Genetic signaling cascade for normal looping | Looping | Dextrocardia |
| AVC endocardial cushions (days 26–35) | Cushion formation: cell proliferation and migration | Division of the AVC into left and right channels; Formation of the Mitral and tricuspid valves and the IVS | VSD, mitral and tricuspid valve defects (mitral insufficiency tricuspid atresia); positioning and leaflet defects |
| Secondary heart field (days 22–28) | Splanchnic mesoderm ventral to the pharynx and signaling from neural crest cells | Lengthening and partitioning the outflow tract into aortic and pulmonary channels | Tetralogy of Fallot TGA, Pulmonary atresia and stenosis |
| Outflow tract (Conotruncus) (days 36–49) | Neural crest cell migration, proliferation and viability | Formation of the conotruncal cushions for division of the outflow tract | Common truncus arteriosus and other outflow tract defects |
| Aortic arches (days 22–42) | Neural crest cell migration, proliferation and viability | Patterning the arches into the great arteries | Anomalous right pulmonary artery; IAA Type B |

Serotonin (5 HT) can affect each of the target tissues. In addition each target tissue can be affected by other teratogens or genetic abnormalities.
Days give an approximate estimation of periods of vulnerability and are calculated from the time of fertilization.
Atrioventricular canal (AVC); Interventricular septum (IVS); Double outlet right ventricle (DORV); Transposition of the great arteries (TGA); left transposition of the great arteries (l-TGA); Atrial septal defect (ASD); Ventricular septal defect (VSD); Interrupted aortic arch (IAA).

degrading enzyme monoamine oxidase (MAO) result in situs inversus and laterality defects, including dextrocardia [33]. It was also demonstrated that SERT and MAO are localized to the right side of the primitive node in chick embryos and that a gradient of 5-HT is established in frog blastomeres when laterality signaling is occurring, providing more evidence for a role for the neurotransmitter in establishing sidedness [33].

Not only is laterality established for the heart and other organs by the signaling cascade that may include 5-HT, but cardiac progenitor cells are patterned at the same time and are affected by the laterality pathway. Thus, progenitor cells on both sides of the PHF are specified from lateral to medial to become atria, left ventricle, and most of the right ventricle, respectively [Fig. 1] [31]. (The remainder of the right ventricle and outflow tract are derived from the secondary heart field, see below.) Disruption of PITX2 signaling in frogs [34] and mice [35] results in laterality defects, such as situs inversus, heterotaxy, and dextrocardia and a variety of heart defects, including atrial isomerism, atrial inversion, ventricular septal defects (VSDs), atrial septal defects (ASDs), double outlet right ventricle (DORV), transposition of the great arteries (TGA), l-transposition of the great arteries (l-TGA), atrioventricular valve defects, and outflow tract abnormalities, including common truncus arteriosus [Table 1]. These results are consistent with previous reports that formation and division of the atria are related to the left–right origin of atrial cells [36] and that normal formation and positioning of the cardiac outflow tract is dependent upon PITX2 signaling and left-right patterning [37]. Moreover, the results provide a logical explanation for the origin of left-right defects affecting specification of the heart chambers, such as atrial inversion and isomerism (and probably similar defects in the ventricles), which were difficult to explain in the past.

## 5. Serotonin and outflow tract development

Another aspect of heart development where 5-HT may play a role is development of the outflow tract. Lengthening of the outflow tract from the initial heart tube is dependent upon cells in the secondary heart field (SHF) [38–40]. These cells reside in splanchnic mesoderm ventral to the floor of the pharynx and are responsible for lengthening the outflow tract [Fig. 3] by adding cells through the process of convergent extension [41]. If lengthening of this tract fails to take place, then a variety of outflow tract-related defects occur, including DORV, VSDs, tetralogy of Fallot, pulmonary atresia and pulmonary stenosis [Table 1] [42,43]. Cells in the SHF also exhibit laterality with those on the right side contributing to the left side of the outflow region. The laterality of these cells is important in establishing spiraling of the aorta and pulmonary channels as they exit the heart and ensures that the aorta exits from the left ventricle and the pulmonary artery from the right ventricle [43].

Regulation of outflow tract extension is provided at least in part by signals from neural crest cells (NCC) [44]. Cardiac NCC are derived from neuroepithelial cells in the hindbrain that migrate through caudal pharyngeal arches in close proximity to the SHF. Eventually, NCC populate the aorticopulmonary septum that divides the outflow tract into the aortic and pulmonary channels [45–47]. As NCC pass in proximity to the SHF, they regulate proliferation of these cells through FGF8 signaling [44]. If NCC are



**Fig. 3.** Drawing of a 28 day (postfertilization) embryo showing the location of the secondary heart field (SHF), which lies in splanchnic mesoderm ventral to the floor of the pharynx. The SHF contributes cells that lengthen the outflow tract and these cells are regulated by neural crest cells migrating into the region from the hindbrain.

ablated, then FGF8 signaling is disrupted and the SHF fails to form a normal outflow tract [44]. As mentioned, NCC themselves are essential for septum formation in the outflow tract and if they fail to migrate to this region, then defects such as persistent truncus arteriosus, tetralogy of Fallot, pulmonary stenosis, and other outflow tract defects occur [Table 1]. Thus, cardiac NCC have two roles in outflow tract development: a direct one that produces the septum and an indirect one that regulates cell proliferation in the SHF for lengthening the outflow tract [44].

In addition to participating in elongation and septation of the outflow tract, NCC pattern the aortic arch arteries. These arteries form a series of paired vessels along both sides of the pharynx as they pass from the aortic outflow region to the dorsal aortae. They appear in sequence and are eventually patterned into vessels for the head and neck, aorta, and pulmonary circulation [32]. During patterning, some vessels degenerate, while others become preferred channels and it is this process that is regulated by NCC [48]. Therefore, if normal NCC function is disrupted, then defects in patterning of the aortic arches can occur, including interrupted aortic arch (IAA) [49].

5-HT and its receptors have been shown to be involved in NCC migration, survival, and proliferation suggesting that this cell population may be a target for SSRIs, which, since NCC play such a prominent role in heart development, would provide an additional mechanism whereby these types of antidepressants could cause congenital heart defects. For example, NCC express the 5-HT2B receptor, which transmits a serotonin-induced mitogenic signal [18] that may play a role in the proliferation and differentiation of these cells. In fact, when high affinity 5-HT2B receptor antagonists are used to block the receptor, migration of NCC is reduced and many NCC undergo apoptosis [18]. Furthermore, 5-HT at low concentrations stimulates migration of NCC in culture chambers, whereas at higher concentrations, this effect disappears [50]. Finally, NCC express the 5-HT transporter (SERT), providing additional evidence that the neurotransmitter may be important for their migration and differentiation [51].

## 6. Serotonin may regulate myocardial and endocardial cushion cell development

In addition to results showing potential effects of 5-HT on the PHF and SHF, other investigations have demonstrated a possible role for the neurotransmitter on later stages of heart morphogenesis when endocardial cushions and the myocardium are developing. Endocardial cushions form around the atrioventricular canal (AVC) and in the outflow tract. Initially, they consist of an expanded region of cardiac jelly between the myocardium on the outside and the endocardial lining of the heart tube on the inside. Cushions in the AVC are populated by endocardial cells on their surface that migrate into the cardiac jelly and undergo rapid proliferation (for review see [52]). Meanwhile, cushions in the outflow tract are populated by NCC that migrate from the hindbrain to the heart [45]. The superior and inferior cushions in the AVC fuse to divide this channel into the right and left atrioventricular canals, while opposing cushions in the outflow tract fuse to separate this channel into the pulmonary and aortic channels [32]. In addition, the superior and inferior AVC cushions, together with left and right AVC cushions, differentiate into the cusps of the mitral and tricuspid valves.

In mouse embryos, 5-HT uptake sites appear throughout the myocardium of the heart tube at stages (day 9) prior to endocardial cushion formation [17]. Then, when cushions begin to form in the outflow tract and AVC, these uptake sites become localized to the myocardium adjacent to the cushions [17]. Furthermore, the cushions themselves express serotonin binding protein (SBP) that acts as a storage protein for 5-HT and may serve to regulate 5-HT concentrations in this region [17]. Since the myocardium is responsible for signaling the transformation of cardiac endocardial cells from an epithelial to a mesenchymal morphology and to promote their migration into the cushions [52], the localization of 5-HT to the myocardium and SBP to the cushion matrices, suggests that the neurotransmitter and its binding protein play a role in the population of the cushions with these cells. In this regard, 5-HT has been shown to regulate migration of cushion mesenchyme cells in culture, while inhibition of 5-HT uptake with the SSRI fluoxetine (Prozac) inhibits proliferation of the myocardium and cushion mesenchyme cells [17].

Other studies have also documented a potential role for 5-HT directly on myocardial cell development. The 5-HT2B receptor is expressed in myocardial cells from the time of formation of the heart tube through endocardial cushion stages of development [18]. Studies in mouse embryos in culture using 5-HT2B receptor antagonists caused defects in the myocardium, including an absence of trabeculae [18]. Inactivation of the receptor in null mice also resulted in trabecular defects and a 30% lethality rate by midgestation [19,20]. Mice that survived had decreased ventricular mass due to a reduction in density and size of cardiomyocytes. Null mutant mice for tryptophan hydroxylase (tph, the enzyme that synthesizes 5-HT), born to tph−/− mothers with only 3–15% of the normal circulating levels of 5-HT, showed no gross cardiac abnormalities, but developed cardiac insufficiency as adults and were 15–30% smaller in size compared to fetuses obtained from heterozygous mothers [22]. These latter studies indicate that 5-HT may be important for normal myocardial development and have also shown that the mother is the source for 5-HT for the embryo [22,53].

Direct effects of 5-HT have also been demonstrated on cardiac myocytes in culture [21]. These cells express the 5-HT transporter (SERT) and their proliferation is affected by 5-HT concentrations in the media. Thus, physiological concentrations of the neurotransmitter ($4\mu M$) produced maximum proliferation of cardiomyocytes; whereas concentrations below this level did not stimulate proliferation to the same extent and concentrations above $4\mu M$ decreased proliferation rates [21]. Addition of the SSRI paroxetine (Paxil), decreased proliferation by 35% [21].

## 7. Conclusions

There is a growing body of evidence from animal studies showing that the neurotransmitter 5-HT is important as a signaling molecule in a variety of cells and tissues during embryogenesis, including heart development. The fact that there is a family of receptors for 5-HT, a cell transporter, and a binding protein that are present in different cell types during critical stages of development strongly suggests that the neurotransmitter is playing a key role as a signaling molecule. Heart development might be an example of this role, since studies show that a number of cellular phenomena essential to normal formation of the heart can be adversely affected by altering 5-HT concentrations or antagonizing its receptors. These investigations provide biological plausibility for a link between SSRIs and teratogenic effects on heart development. Furthermore, as more effective SSRIs are developed (i.e. medications that block 5-HT reuptake more efficiently), the risks for heart defects may become even greater. Therefore, it is important for health care providers and their patients to weigh the risk-benefit potential of these drugs. In this regard, results from a recent patient-level meta-analysis showing that antidepressant medications are effective only in cases of very severe depression should be considered [54]. Although the study is somewhat controversial, analysis of the data demonstrated that the advantage of an SSRI over placebo is nonexistent to negligible except in cases of severe depression and yet the majority of patients receiving these medications have

depression scores below the severe range. Thus, many pregnant women may be placed at an increased risk for having a child with a birth defect by being prescribed a medication with questionable pharmacological benefit [54].

Finally, as more information accumulates about normal and abnormal heart development, the epidemiology of heart defects and their classification becomes more complicated. For example, a recent article addressing the issue of classifying heart defects to determine potential etiological causes for their occurrence, relied primarily upon functional definitions to explain the abnormalities, not developmental principles of embryology [55]. Now that more recent investigations are rapidly delineating mechanisms of normal and abnormal heart development, such as the role of the SHF in outflow tract defects and the fact that disruption of patterning of the PHF can result in virtually every type of heart malformation [Table 1], classification of heart defects for epidemiological studies becomes even more complex. While the primary goal for epidemiological studies of the heart may be to accumulate sufficient numbers of morphologically homogeneous groups of malformations for analysis [55], it now appears that the heterogeneous origins of heart defects makes this approach extremely difficult [Table 1].

## Conflict of interest statement

Dr. Sadler has done consulting work for law firms working on paroxetine (Paxil) litigation.

## References

[1] Wurst KE, Poole C, Ephross SA, Olshan AF. First trimester paroxetine use and the prevalence of congenital, specifically cardiac, defects: a meta-analysis of epidemiological studies. Birth Defects Res A: Clin Mol Teratol 2010;88: 159–70.
[2] Botto LD, Correa A, Erickson JD. Racial and temporal variations in the prevalence of heart defects. Pediatrics 2001;107:32–9.
[3] Alwan S, Friedman JM. Safety of selective serotonin reuptake inhibitors in pregnancy. CNS Drugs 2009;23:493–509.
[4] Bakker MK, Kerstjens-Frederikse WS, Buys CHM, de Walle HEK, Jong van den Berg LTW. First-trimester use of paroxetine and congenital heart defects: a population-based case-control study. Birth Defects Res A: Clin Mol Teratol 2010;88:94–100.
[5] Reis M, Kallen B. Delivery outcome after maternal use of antidepressant drugs in pregnancy: an update using Swedish data. Psychol Med 2010;40:1723–33.
[6] Nakhai-Pour HR, Broy P, Berard A. Use of antidepressants during pregnancy and the risk of spontaneous abortion. CMAJ 2010;182:1031–7.
[7] Buznikov GA, Lambert HW, Lauder JM. Serotonin and serotonin-like substances as regulators of early embryogenesis and neurogenesis. Cell Tissue Res 2001;305:177–86.
[8] Peroutka SJ. Molecular biology of serotonin (5-HT) receptors. Synapse 1994;18:241–60.
[9] Hoyer D, Hannon J, Martin G. Molecular, pharmacological, and functional diversity of 5-HT receptors. Pharmacol Biochem Behav 2002;71:533–54.
[10] Colas JF, Launay JM, Vonesch JL, Hickel P, Maroteaux L. Serotonin synchronizes convergent extension of ectoderm with morphogenetic gastrulation movements in Drosophila. Mech Dev 1999;87:77–91.
[11] Levin M. Left-right asymmetry in embryonic development: a comprehensive review. Mech Dev 2005;122:3–25.
[12] Levin M. Is the early left-right axis like a plant, a kidney, or a neuron? The integration of physiological signals in embryonic asymmetry. Birth Defects Res C: Embryo Today 2006;78:191–223.
[13] Levin M, Buznikov GA, Lauder JM. Of minds and embryos: left-right asymmetry and the serotonergic controls of pre-neural morphogenesis. Dev Neurosci 2006;28:171–85.
[14] Zimmerman EF. Role of neurotransmitters in palate development and teratologic implications. Prog Clin Biol Res 1985;171:283–94.
[15] Shuey DL, Sadler TW, Lauder JM. Serotonin as a regulator of craniofacial morphogenesis: site specific malformations following exposure to serotonin uptake inhibitors. Teratology 1992;46:367–78.
[16] Shuey DL, Sadler TW, Tamir H, Lauder JM. Transient expression of serotonin uptake and binding protein during craniofacial morphogenesis in the mouse. Anat Embryol 1993;187:75–85.
[17] Yavarone MS, Shuey DL, Tamir H, Sadler TW, Lauder JM. Serotonin and cardiac morphogenesis in the mouse embryo. Teratology 1993;47:573–84.
[18] Choi DS, Ward SJ, Messaddeq N, Launay JM, Maroteaux L. 5-HT2B receptor mediated serotonin morphogenetic functions in mouse cranial neural crest and myocardiac cells. Development 1997;124:1745–55.
[19] Nebigil CG, Choi DS, Dierich A, Hickel P, Muir M, Messaddeq N, et al. Serotonin 2B receptor is required for heart development. Proc Natl Acad Sci U S A 2000;97:9508–13.
[20] Nebigil CG, Hickel P, Messaddeq N, Vonesch JL, Douchet MP, Monassier L, et al. Ablation of serotonin 5HT2B receptors in mice leads to abnormal cardiac structure and function. Circulation 2001;103:2973–9.
[21] Sari Y, Zhou FC. Serotonin and its transporter on proliferation of fetal heart cells. Int J Dev Neurosci 2003;21:417–24.
[22] Cote F, Fligny C, Bayard E, Launay JM, Gershon MD, Mallet J, et al. Maternal serotonin is crucial for murine embryonic development. Proc Natl Acad Sci U S A 2007;104:329–34.
[23] Noorlander CW, Ververs FFT, Nickels PGJ, van Echteld CJA, Visser GHA, Smidt MP. Modulation of serotonin transporter function during fetal development causes dilated heart cardiomyopathy and lifelong behavioral abnormalities. PLoS One 2008;3:e2782, doi:10.1371/journal.pone.0002782.
[24] Mann JJ. The medical management of depression. N Engl J Med 2005;353: 1819–34.
[25] Alwan S, Reefhuis J, Rasmussen SA, Friedman JM. Patterns of antidepressant medications among pregnant women in a US population. J Clin Pharmacol 2010;(July) [Epub ahead of print].
[26] Bakker M, Kolling P, Vanden Berg P, de Walle HE, de Jong van den Berg LT. Increase in use of selective serotonin reuptake inhibitors in pregnancy during the last decade, a population based cohort study from the Netherlands. Br J Clin Pharmacol 2008;65:600–6.
[27] Cooper WO, Willy ME, Pont SJ, Ray WA. Increasing use of antidepressants in pregnancy. Am J Obstet Gynecol 2007;196, 544e 541–5.
[28] Andrade SE, Raebal MA, Brown J, Lane K, Livingston J, Boudreau D, et al. Use of antidepressant medications during pregnancy: a multisite study. Am J Obstet Gynecol 2008;198:191–5.
[29] Wichman CL, Fothergill A, Moore KM, Lang TR, Heise RH, Watson WJ. Recent trends in selective serotonin reuptake inhibitor use in pregnancy. J Clin Psychopharmacol 2008;28:714–6.
[30] Burton CW, McCaig LF, Rechtsteiner EA. Ambulatory medical care utilization estimates for 2005. Advance data from vital and health statistics. Centers for Disease Control and Prevention, National Center for Health Statistics; 2007. p. 388.
[31] Abu-Issa R, Kirby ML. Heart field from mesoderm to heart tube. Ann Rev Cell Dev Biol 2007;23:45–68.
[32] Sadler TW. Langman's medical embryology. 11th edition Baltimore: Lippincott, Williams, & Wilkins; 2010. p. 165–86.
[33] Fukumoto T, Kema IP, Levin M. Serotonin signaling is a very early step in patterning the left-right axis in chick and frog embryos. Curr Biol 2005;15:794–803.
[34] Ramsdell AF, Bernanke JM, Trusk TC. Left-right lineage analysis of the embryonic Xenopus heart reveals a novel framework linking congenital cardiac defects and laterality disease. Development 2006;133:1399–410.
[35] Bamforth SD, Braganca J, Farthing CR, Schneider JE, Broadbent C, Michell AC, et al. Cited2 controls left-right patterning and heart development through a Nodal-Pitx2c pathway. Nat Gen 2004;36:1189–96.
[36] Gormley JP, Nascone-Yoder N. Left and right contributions to the Xenopus heart: implications for asymmetric morphogenesis. Dev Genes Evol 2003;213: 390–8.
[37] Dagle JM, Sabel JL, Littig JL, Sutherland LB, Kolker SJ, Weeks DL. Pitx2c attenuation results in cardiac defects and abnormalities of intestinal orientation in Xenopus laevis. Dev Biol 2003;262:268–81.
[38] Kelly RG, Brown NA, Buckingham ME. The arterial pole of the mouse heart froms from Fgf10-expressing cells in pharyngeal mesoderm. Dev Cell 2001;1: 435–40.
[39] Mjaatvedt CH, Nakaoka T, Meoreno-Rodriguez R, Norris RA, Kern MJ, Eisenberg CA, et al. The outflow tract of the heart is recruited from a novel heart forming field. Dev Biol 2001;238:97–109.
[40] Waldo KL, Kumiski DH, Wallis KT, Stadt HA, Hutson MR, Platt DH, et al. Conotruncal myocardium arises from a secondary heart field. Development 2001;128:3179–88.
[41] Henderson DJ, Phillips HM, Chaudhry B, Vang-like 2 and noncanonical Wnt signaling in outflow tract development. Trends Cardiovasc Med 2006;16: 38–45.
[42] Ward C, Stadt H, Hutson M, Kirby ML. Ablation of the secondary heart field leads to tetralogy of Fallot and pulmonary atresia. Dev Biol 2005;284:72–83.
[43] Ward C, Kirby ML. The secondary heart field: understanding conotruncal defects from a developmental perspective. Curr Cardiol Rev 2006;2: 65–9.
[44] Hutson MR, Zhang P, Sato AK, Li YX, Burch J, Creazzo TL, et al. Cardiac arterial pole alignment is sensitive to FGF8 signaling in the pharynx. Dev Biol 2006;295:486–97.
[45] Kirby ML, Gale TF, Stewart DE. Neural crest cells contribute to normal aorticopulmonary septation. Science 1983;220:1059–61.
[46] Hutson MR, Kirby ML. Neural crest and cardiovascular development. Birth Defects Res C: Embryo Today 2003;69:2–13.
[47] Hutson MR, Kirby ML. Model systems for the study of heart development and disease: cardiac neural crest and conotruncal malformations. Sem Cell Dev Biol 2007;18:101–10.
[48] Kirby ML, Hunt P, Wallis K, Thorogood P. Abnormal patterning of the aortic arch arteries does not evoke cardiac malformations. Dev Dyn 1997;208:34–47.
[49] Kirby ML, Waldo KL. Neural crest and cardiovascular patterning. Circ Res 1995;77:211–5.

T.W. Sadler / Reproductive Toxicology 32 (2011) 484–489

489

[50] Moiseiwitsch JR, Lauder JM. Serotonin regulates mouse cranial neural crest migration. Dev Biol 1995;92:7182–6.
[51] Hansson SR, Mezey E, Hoffman BJ. Serotonin transporter messenger RNA expression in neural crest-derived structures and sensory pathways of the developing rat embryo. Neuroscience 1999;89:243–65.
[52] Person AD, Klewer SE, Runyan RB. Cell biology of cardiac cushion development. Intl Rev Cytol 2005;243:287–335.
[53] Yavarone MS, Shuey DL, Sadler TW, Lauder JM. Serotonin uptake in the ectoplacental cone and placenta of the mouse. Placenta 1993;14:149–61.
[54] Fournier JC, DeRubeis RJ, Hollon SD, Dimidjian S, Amsterdam JD, Shelton RC, et al. Antidepressant drug effects and depression severity: a patient level meta-analysis. JAMA 2010;303:47–53.
[55] Botto LD, Lin AE, Riehle-Colarusso T, Malik S, Correa A. Seeking causes: classifying and evaluating congenital heart defects in etiologic studies. Birth Defects Res A: Clin Mol Teratol 2007;2007(79):714–27.